

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 SEP 23 PM 3: 33
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO

In re: NEWMAN, DANIEL R.
NEWMAN, DANA L.

Case No. 08-34773

Chapter 7

Judge: RICHARD L. SPEER

Debtor(s).

## REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| FIA Card Services, NA Bank America By American Infosource LP, Agent | P.O. Box 248809 Oklahoma City, OK 73124-8809 | $0.12 |

Check for $0.12 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 9/22/2010

_____
John N. Graham, Trustee